BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SCOTT D. JOINER (CABN 223313)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    scott.joiner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-00071 WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM MARCH 7, 2017 TO MARCH 28, 2017 |
| v. | |
| OMAR POPE, | |
| Defendant. | |

       The defendant, Omar Pope, represented by Daniel Blank, Assistant Federal Public Defender, and the government, represented by Scott Joiner, Assistant United States Attorney, appeared before the Court on March 7, 2017, for a status hearing.  The parties represented that defense preparation was ongoing and requested a continuance of the matter until March 14, 2017, for change of plea.  The parties asked that time be excluded under the Speedy Trial Act between March 7, 2017 and March 14, 2017, for effective preparation of counsel.

       On March 14, 2017, the parties appeared before the Court.  Assistant Federal Public Defender Candis Mitchell appeared for the defense because Mr. Blank was unexpectedly unavailable.  The parties requested that the matter be continued for two weeks for change of plea when counsel for the parties were available.

1  The matter was continued to March 28, 2017, at 1:00 PM for change of plea. The parties
2  requested that time be excluded under the Speedy Trial Act between March 14, 2017, and March 28,
3  2017, based on continuity of counsel.

4  Based upon the representation of counsel and for good cause shown, the Court finds that failing
5  to exclude the time between March 7, 2017, and March 14, 2017, would unreasonably deny counsel the
6  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
7  18 U.S.C. § 3161(h)(7)(B)(iv). The Court also finds that failing to exclude the time between March 14,
8  2017, and March 28, 2017, would unreasonably deny the defendant continuity of counsel. *Id.* In
9  addition, the Court finds that the ends of justice served by excluding the time between March 7, 2017,
10 and March 28, 2017, from computation under the Speedy Trial Act outweigh the best interests of the
11 public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between
12 March 7, 2017, through and including March 28, 2017, shall be excluded from computation under the
13 Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

17 DATED: March 20, 2017.

Hon. William Alsup
United States District Judge

[PROPOSED] ORDER EXLUDING TIME
Case No. CR 17-00071 WHA